| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| **JOSEPH C. CAPRISTO** | * | Misc. Docket AG No. 77, September Term, 2019 |

# O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Joseph C. Capristo, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement in 90 days for violations of Rules 1.1, 1.15(a) and (d), 5.3(a) and (b), 8.4(a) and (d), and 19-407(b) of the Maryland Rules of Professional Conduct, it is this 20th day of March, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Joseph C. Capristo, be indefinitely suspended from the practice of law in the State of Maryland, effective June 19, 2020, with a right to petition for reinstatement after ninety days; and it is further;

**ORDERED**, that, on June 19, 2020, the Clerk of this Court shall strike the name of Joseph C. Capristo from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-762(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge